JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL HEIMERMAN, | CV 20-7232 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SHORELINE DEVELOPMENT PARTNERS, LP, et al., | |
| Defendants. | |

Pursuant to the Court's June 22, 2021 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 22, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE